JS-6

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY<br><br>Plaintiff<br><br>v.<br><br>GDE-LABAND VILLAGECENTER, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 5:13-cv-02019-VAP-SP<br><br>ORDER ~~GRANTING~~ ON JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 5:13-cv-02019-VAP-SP.

**IT IS SO ORDERED.**

Dated: August 14 2014

_____
VIRGINIA A. PHILLIPS